IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

SMARTSOUND SOFTWARE, INC.,

        Plaintiff,                                 ORDER

       v.                                        07-C-053-C

MADISON MEDIA SOFTWARE, INC.,
d/b/a SONY MEDIAL SOFTWARE,

        Defendants.

---

      On April 11, 2007, this court held an unrecorded telephonic conference. Counsel for plaintiff reported that the parties anticipate settling the entire lawsuit in the near future. Accordingly, I adjourned the hearing and set a followup for April 25, 2007 at 9:00 a.m. In the event the parties resolve this case prior to the hearing, the court will cancel it. If they do not, then they should be prepared to schedule this case out through trial.

      Entered this 11th day of April, 2007.

                                          BY THE COURT:

                                          /s/

                                          STEPHEN L. CROCKER
                                          Magistrate Judge