Case: 3:07-cv-00053-bbc Document #: 5 Filed: 04/26/07 Page 1 of 1

Document Number 005
Case Number 07-C-0053-C
United States District Court
Western District of Wisconsin
Theresa M. Owens
Filed/Received
04/26/2007 02:23:53 PM CDT

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

SMARTSOUND SOFTWARE, INC.,

        Plaintiff,                                    ORDER

       v.                                          07-C-053-C

MADISON MEDIA SOFTWARE, INC.,
d/b/a SONY MEDIA SOFTWARE,

        Defendant.

---

      On April 25, 2007 this court held the followup telephonic conference that no one predicted we actually would need. On April 11, 2007, the parties advised the court that they were on the verge of settling; we set the April 25 hearing expecting that the case would be gone by now. It isn't. The parties, however, indicate that the "i"s are dotted and the "t"s are crossed, and the agreement will be signed very soon.

      Fair enough. I have set the third and final telephonic status conference for May 2, 2007 at 9:00 a.m. Again, we all anticipate that this conference will not be necessary. In the event the parties do submit their settlement papers prior to that date, the court will cancel the hearing. If they do not, the hearing will be on the record and the court will handle this case differently. I anticipate we will not reach that juncture.

      Entered this 26th day of April, 2007.

                                              BY THE COURT:

                                              /s/

                                              STEPHEN L. CROCKER
                                              Magistrate Judge