UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

---

SMARTSOUND SOFTWARE, INC.,

      Plaintiff,

v.                                                             Case No. 07 C 53 C

MADISON MEDIA SOFTWARE, INC., d/b/a
SONY MEDIA SOFTWARE,

      Defendant.

---

## NOTICE OF VOLUNTARY DISMISSAL

---

Plaintiff, by its undersigned counsel, hereby gives notice of its voluntary dismissal of this case without prejudice pursuant to Rule 41(a)(1), Federal Rules of Civil Procedure.

Dated this 1st day of May, 2007.

                                                    David R. Cross
                                                  David R. Cross Bar No.: 1002866
                                                  Attorney for Plaintiff
                                                  Quarles & Brady LLP
                                                  411 East Wisconsin Avenue
                                                  Suite 2040
                                                  Milwaukee WI 53202
                                                  Telephone: (414) 277-5669
                                                  Fax: (414) 978-8669
                                                  E-Mail: drc@quarles.com

QBMKE\6093856.1